# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
                    cklee@leelitigation.com

March 2, 2022

**Via ECF**
Honorable James R. Cho
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 11D
Brooklyn, NY 11201

Re: *Elliot v. Perseverance Mechanical LLC, et al.*
Case No. 1:21-cv-07033 (AMD)(JRC)

Dear Judge Cho:

We are counsel to Plaintiff in the above referenced case. We write pursuant to Your Honor's Status Report Order, dated 2/24/22, instructing Plaintiff to file a letter indicating how he intends to proceed with the case.

Plaintiff intends to proceed by moving for Default against all Defendants in the above referenced matter.

On March 1, 2022, Plaintiff requested a Certificate of Default against Defendant Perseverance Mechanical LLC d/b/a Perseverance Mechanical, for its failure to plead or otherwise defend this action. With respect to Defendant Anthony Buchanan, Plaintiff's request for a summons was issued by the Court on December 21, 2021. When Plaintiff receives the executed summons with respect to Defendant Anthony Buchanan, Plaintiff will request a Certificate of Default against Defendant Anthony Buchanan.

We thank the Court for its kind consideration.

Respectfully submitted,

By: */s/ C.K. Lee*
C.K. Lee, Esq. (CL 4086)


cc:     all parties via ECF and electronic mail